Supreme Court decided the case before it, due to the fact that all the cases were consolidated for trial; the same law and evidence being applicable to each case. The Supreme Court reversed the judgment of the lower court in the case in which it has jurisdiction and rejected the demands of plaintiff with costs. See La Hood v. National Union Fire Ins. Co., 179 La. 213, 153 So. 695. The reason for the reversal was that plaintiff had failed to keep a set of books clearly showing a complete record of business transactions such as to enable the insurer to ascertain with reasonable certainty the amount of goods on hand at the time of the fire.

Attorneys for both plaintiff and defendants have agreed in writing that this court be guided by the above-cited decision and have submitted the cases on the record as made up and agreed for judgment to be rendered in vacation.

Therefore, for the reasons above given and further elaborated on in the case cited, supra, the judgment of the lower court is reversed, and the demands of the plaintiff are rejected, at his costs in both courts.

Ike LA HOOD, Plaintiff-Appellee, v. NATIONAL FIRE INSURANCE COMPANY, Defendant-Appellant.

No. 4460.

Court of Appeal of Louisiana.
Second Circuit.

Sept. 7, 1934.

Hardin & Coleman, of Shreveport, for appellant.

Pegues & Pegues, of Mansfield, for appellee.

DREW, Judge.

This is a companion case of case No. 4458 on the docket of this court, 156 So. 366, decided this day.

For the reasons assigned in case No. 4458, the judgment of the lower court in this case is reversed, and the demands of plaintiff are rejected, at his cost in both courts.

Ike LA HOOD, Plaintiff-Appellee, v. ÆTNA INSURANCE COMPANY, Defendant-Appellant.

No. 4459.

Court of Appeal of Louisiana.
Second Circuit.

Sept. 7, 1934.

Hardin & Coleman, of Shreveport, for appellant.

Pegues & Pegues, of Mansfield, for appellee.

DREW, Judge.

This is a companion case of case No. 4458 on the docket of this court, 156 So. 366, decided this day.

For the reasons assigned in case No. 4458, the judgment of the lower court in this case is reversed, and the demands of plaintiff are rejected, at his cost in both courts.

Ike LA HOOD, Plaintiff-Appellee, v. PEOPLE'S NATIONAL FIRE INSURANCE COMPANY, Defendant-Appellant.

No. 4461.

Court of Appeal of Louisiana.
Second Circuit.

Sept. 7, 1934.

Hardin & Coleman, of Shreveport, for appellant.

Pegues & Pegues, of Mansfield, for appellee.

DREW, Judge.

This is a companion case of case No. 4458 on the docket of this court, 156 So. 366, decided this day.

For the reasons assigned in case No. 4458, the judgment of the lower court in this case is reversed, and the demands of plaintiff are rejected, at his cost in both courts.